## COLLINS *v.* CARR.

LUMPKIN, P. J.　1. The Supreme Court has no authority to "decide any question unless it is made by a special assignment of error in the bill of exceptions."　Civil Code, §5584.

2. A bill of exceptions which, after setting forth a judgment rendered by the presiding judge in a case submitted to him for decision without a jury, merely adds: "To which decision of the court the defendant excepted, and now excepts and assigns the same as error," does not contain a special assignment of error, and consequently does not present any question which this court can lawfully consider.　*Fidelity & Deposit Co.* v. *Anderson,* 102 *Ga.* 551, and cases cited ; *Henslee* v. *Henslee,* 102 *Ga.* 554 ; *Peavy* v. *Atkinson,* 108 *Ga.* 167; *Kimball* v. *Williams,* 108 *Ga.* 812 ; *Wheeler* v. *Worley,* 110 *Ga.* 513; *Warren* v. *Oliver,* ante, 808.

*Writ of error dismissed.　All the Justices concurring.*

Submitted July 21, — Decided August 8, 1900.

| 111b | 867 |
| 111 | 884 |
| 111b | 867, |
| 113 | 862 |
| 113 | 1151 |
| 111 | 867 |
| Case 2 | |
| 115 | 679 |

Practice in the Supreme Court.

*Hunt & Merritt* and *J. A. Harley*, for plaintiff in error.
*W. H. Burwell, L. C. Culver*, and *R. H. Lewis*, contra.